HARRIET U. TERRESON, as Administratrix, etc., of ARTHUR E. TERRESON, Deceased, Respondent, v. H. CHESTER SWEZEY, Doing Business under the Firm Name and Style of H. E. SWEZEY & SON, Appellant.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted,

---

* Appeal dismissed, 254 N. Y. ——.

with ten dollars costs, to the extent of directing that plaintiff furnish particulars concerning the first, second, third and eighth items of defendant's demand. We are of opinion that plaintiff is entitled to particulars to this extent. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.